## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Bankruptcy No. 24-10101-AMC |
| Andria A. Steve, | : Chapter 13 |
| *Debtor.* | : |
| | : |
| U.S. Bank National Association, not in its individual | : |
| capacity but solely as trustee for the RMAC Trust, | : |
| Series 2016-CTT | : |
| *Movant,* | : |
| vs. | : |
| Andria A. Steve and Fred Hall, Jr. | : |
| (Non-Filing Co-Debtor), | : |
| *Debtors/Respondents,* | : |
| and | : |
| Kenneth E. West, Esquire, | : |
| *Trustee/Respondent.* | : |

ORDER

AND NOW, this_____ day of _____, 2024, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

**Date: December 19, 2024**

_____
Honorable Chief Ashely M. Chan
U.S. Bankruptcy Judge