

298 Wissahickon Avenue
North Wales, PA 19454
Telephone: 215-855-9521
Facsimile: 215-855-9121
HOF# 24-00371

February 24, 2025

Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Blvd, Suite 220
Philadelphia, PA 19102

      RE:    Andria A. Steve
                Chapter 13, Case No. 24-10101
                Type of Action: U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's Notice of Default

Dear Attorney Sadek:

      The stipulation, executed by the parties and approved by the Court, in the above referenced matter requires the Debtor to remain current with her monthly post-petition payments. The Debtor has not been making post-petition payments as required by the Stipulation. The post-petition delinquency is as follows:

| | |
|---|---:|
| Regular Monthly Payments (January 20, 2025 through February 20, 2025 at $1,340.18 each)…………………………. | $2,680.36 |
| Attorney fees for Notice of Default………………………………………………………. | $125.00 |
| Suspense Balance………………………………………………………………………… | ($812.20) |
| **TOTAL POST-PETITION ARREARS**…………………………………………….. | **$1,993.16** |

      The Debtor is therefore in default of the agreed stipulation. The amount needed to cure the additional post-petition default is **$1,993.16.** The payment to cure these arrears must be made in certified funds.

      In accordance with said stipulation, this shall serve as ten (10) days written notice of default. If the default is not cured within ten (10) days of the date of this letter, then U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's, shall file a Certification with the Court, entitling it to relief from stay.

      If you should have any questions, please contact my office.

Very truly yours,

*/s/ Danielle Boyle-Ebersole*
Danielle Boyle-Ebersole, Esquire

cc:    Andria A. Steve
        7433 Rogers Avenue
        Upper Darby, PA 19082

        Fred Hall, Jr.
        7433 Rogers Avenue
        Upper Darby, PA 19082
        *Non-Filing Co-Debtor*