IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-10101- DJB |
| Andrea A. Steve | : Chapter 13 |
| *Debtor* | : |
| | : |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | : |
| *Movant* | : |
| vs. | : |
| Andrea A. Steve | : |
| *Debtor/Respondent* | : |
| Fred Hall, Jr. | : |
| *Non-Filing Co-Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

**ORDER**

AND NOW, this ____ day of _____, 2025, upon the Certification of Default of Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, it is hereby

ORDERED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, and §1301 as to Fred Hall, Jr., of the Bankruptcy Code is modified and lifted with respect to the Property, more commonly known as a 7433 Rogers Avenue, Upper Darby, PA 19082, to allow Movant or its successors, if any, to exercise its rights under its loan documents., and

IT IS FURTHER ORDERED that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

_____
Honorable Derek J Baker
U.S. Bankruptcy Judge

**Date: June 16, 2025**