## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andria A Steve,<br><br>        *Debtor*. | Case No. 24-10101-djb<br>Chapter 13 |

### Debtor's Motion to Reimpose Automatic Stay

Debtor Andrea A. Steve, through her attorney, respectfully moves this Court to reimpose the automatic stay with respect to her residential property. In support of this motion, the Debtor states as follows:

1. On March 21, 2025, this Court entered an order granting relief from the automatic stay in favor of U.S. Bank National Association, as Trustee for RMAC Trust, Series 2016-CTT, with respect to the Debtor's residential real property.

2. The order was entered following U.S. Bank's certification of default under a prior stipulation.

3. Since entry of the order, the Debtor has fully cured the default that led to stay relief.

4. The grounds for relief from stay no longer exist.

5. Reimposition of the stay is warranted under 11 U.S.C. § 105(a).

### Request for Relief

For the reasons above, the Debtor requests that the Court:

  a. reimpose the automatic stay as to Movant with respect to the Debtor's residential real property,

  b. vacate or modify the prior stay relief order as appropriate, and

  c. grant such other relief as the Court deems just and proper.

Date:                                              **SADEK LAW OFFICES, LLC**

                                             By: /s/ Michael I. Assad
                                                  Michael I. Assad
                                                  1500 JFK Boulevard, Suite 220
                                                  Philadelphia, PA 19102
                                                  215-545-0008
                                                  michael@sadeklaw.com

                                            *Attorney for Debtor*