## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andria A. Steve,<br><br>*Debtor.* | Case No. 24-10101-djb<br>Chapter 13 |

### Certificate of No Response

I, Michael I. Assad, certify as follows:

1. Sadek Law Offices LLC has received no answer, objection, or other responsive pleading to the Debtor's Motion to Reimpose Automatic Stay filed on July 9, 2025.

2. I have reviewed the docket in this case and no answer, objection, or other responsive pleading to the motion appears thereon.

3. Pursuant to the notice filed with the motion, responsive pleadings were to be filed and served on or before July 23, 2025.

4. U.S. Bank N.A., the only party whose interest would be directly, materially and adversely affected if the relief requested in the motion were granted, has informed me that it does not oppose the motion.

5. A true and correct copy of correspondence from U.S. Bank is attached as Exhibit A.

6. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

I respectfully request that the Court cancel the hearing scheduled for August 7, 2025, and enter the attached order as soon as possible.

Date: July 24, 2025

Michael I. Assad  
Sadek Law Offices, LLC  
1500 JFK Boulevard, Suite 220  
Philadelphia, PA 19102  
215-545-0008  
michael@sadeklaw.com