Gmail

Michael As [EXHIBIT A] com>

## 24-10101-djb Andria A. Steve

**Danielle Boyle-Ebersole** <dboyle-ebersole@hoflawgroup.com>          Tue, Jul 22, 2025 at 4:33 PM
To: Michael Assad <michael@sadeklaw.com>
Cc: Caitlin Kohn <ckohn@hoflawgroup.com>

Hi Mike,

Please be advised that our client confirmed funds were received. We will not object to your motion to reinstate the stay.

Thanks,

Danielle

*Danielle Boyle-Ebersole, Esquire*

*The HOF Law Group*

*Built on Relationships.  Tested by Time.*

*Committed to Each Client's Success.*



*PA Office* | 298 Wissahickon Avenue | North Wales, PA 19454

*NJ Office* | 1451 Chews Landing Road | Suite 100 | Laurel Springs, NJ 08021

*AZ Office* | 4300 N. Miller Road, Suite 232 | Scottsdale, AZ  85251

*MI Office* | 3290 W. Big Beaver | Suite 117 | Troy, MI  48084

(267) 406-1718 (Mobile)   www.hoflawgroup.com

Pursuant to the Fair Debt Collection Practices Act you are hereby advised that a portion of our practice involves the collections of debts and any information obtained may be used for that purpose.

[Quoted text hidden]