**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Andria A Steve,<br><br>　　　　　　　　　　*Debtor*. | Case No. 24-10101-djb<br>Chapter 13 |

**Order Reimposing Automatic Stay**

　　**AND NOW**, upon consideration of the Motion to Reinstate Automatic Stay filed by Debtor Andria A Steve, after notice and opportunity for hearing, and there being no timely objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay under 11 U.S.C. § 362(a) is hereby **REIMPOSED** as to U.S. Bank National Association, as Trustee for RMAC Trust, Series 2016-CTT, with respect to the Debtor's residential real property located at 7433 Rogers Avenue, Upper Darby, PA 19082.

3. The court's order at ECF No. 56 is **VACATED** to the extent necessary to effectuate this order.

Date:　**August 7, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Derek J. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge